

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:21-CR-__44 (CAR)__ |
| v. | : | VIOLATIONS: |
| ERIC JAMES MORRIS, | : | 18 U.S.C. § 912 |
| Defendant. | : | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**FALSE PERSONATION OF AN OFFICER**
**OR EMPLOYEE OF THE UNITED STATES**

On or about January 11, 2021, in the Athens Division of the Middle District of Georgia, the defendant,

**ERIC JAMES MORRIS,**

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Federal Bureau of Investigation, and in such assumed and pretended character with intent to defraud did falsely demand a thing of value, in that he demanded that the staff at the Oglethorpe County jail release him on a bond of his own recognizance by stating that "I am also a Senior Special Agent with the Federal Bureau of Investigation" and to "Please grant me an OR bond."

All in violation of Title 18, United States Code, Section 912.

## COUNT TWO
## FALSE PERSONATION OF AN OFFICER
## OR EMPLOYEE OF THE UNITED STATES

On or about August 27, 2021, in the Athens Division of the Middle District of Georgia, the defendant,

**ERIC JAMES MORRIS,**

did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Federal Bureau of Investigation, and in such assumed and pretended character did act as such, in that he falsely stated that he was a Special Agent of the Federal Bureau of Investigation and attempted to convince security guards to allow him to access the Resident Agency Office of the Federal Bureau of Investigation located in Athens, Georgia by telling the security guards that he was "Special Agent Eric Morris with the FBI" and was a "supervisor."

All in violation of Title 18, United States Code, Section 912.

A TRUE BILL.

/s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

Presented by:

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

C. SHANELLE BOOKER
Assistant United States Attorney

Filed in open court this 14 day of Oct, 2021.

Deputy Clerk

2