IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:21-CR-44-CAR-CHW |
| ERIC JAMES MORRIS, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER ON UNOPPOSED MOTION TO CONTINUE

Before the Court is Defendant Eric James Morris's Unopposed Motion to Continue [Doc. 55] the pretrial conference in this case presently scheduled for July 21, 2022, and the trial, which is set to begin on August 8, in Athens, Georgia. On October 14, 2021, the Grand Jury returned an indictment charging Defendant with two counts of False Personation of an Officer or Employee of the United States. On October 22, 2021, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and released on an unsecured bond. The Government does not oppose Defendant's current request for a continuance.

In the instant Motion, defense counsel represents that Defendant has still not completed his Court ordered competency evaluation, and additional time is needed to complete the evaluation and review the findings. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant adequate time to address these

matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial.  Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue Trial [Doc. 55] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the October 24, 2022 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 11th day of July, 2022.

                                         s/C. Ashley Royal_____
                                         C. ASHLEY ROYAL, SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT