UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. NO. 3:21-CR-44-TES |
| vs. : | |
| : | |
| ERIC JAMES MORRIS : | |
| : | |
| : | |

**ORDER**

Defendant was convicted in the above-captioned case on August 1, 2024, and sentenced on August 6, 2024, to time served followed by one year of supervised release. On April 14, 2025, an arrest warrant was issued for Defendant for alleged violations of the terms of supervised release. A final hearing regarding revocation of supervised release is pending at this time and Defendant remains in the custody of the United States Marshals Service.

Defendant has been accepted into the CRR L3 Semi-Independent program at the Oconee Center's Adult Mental Health Clinic, with an intake appointment scheduled for July 16, 2025, at 9:00am. In order to facilitate Defendant's entry into and completion of said program, it is hereby ORDERED AND DIRECTED that the United States Marshals Service transport Defendant directly to the Oconee Center's Adult Mental Health Clinic, located at 1239 Orchard Hill Road, Milledgeville, Georgia 31061 on July 16, 2025, for his intake appointment at 9:00am. Defendant is to remain at said facility until further order of this Court. Defendant is not to be released under any other circumstances.

SO ORDERED AND DIRECTED, this 11th day of July, 2025.

S/ Tilman E. Self, III
Tilman E. Self, III
U.S. District Judge