IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:21-CR-00044-001 (TES) |
| **ERIC JAMES MORRIS** | |

### ORDER

Defendant was convicted in the above-captioned case on August 1, 2024, and sentenced on August 6, 2024, to time served followed by one year of supervised release. On April 14, 2025, a *Petition for Warrant or Summons for Offender Under Supervision* was filed with the Court alleging Morris violated the terms and conditions of his supervised release.

The Defendant has been accepted into the Community Residential Rehabilitation Program L3 Semi-Independent Program at the Oconee Center's Adult Mental Health Clinic. The Court hereby orders the petition held in abeyance while the Defendant participates in the program. Upon the Defendant's successful competition of the program, the petition will be dismissed. Should the Defendant fail to successfully complete the program, he must appear before the Court for a final sentencing hearing.

SO ORDERED this 30 day of July, 2025.

TILMAN E. SELF, III
U.S. DISTRICT JUDGE

Prepared by: AMM