IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA

v.

NO.  3:21- CR-44-001(TES)

**ERIC JAMES MORRIS**

## ORDER

On August 1, 2024, Morris appeared before the Court after entering a guilty plea to two counts of False Personation of an Officer or Employee of the United States in violation of 18 U.S.C. § 912. He was sentenced to Time Served, having already served 30 months in custody, followed by one year of supervised release. On August 6, 2024, Morris commenced his term of supervised release On April 14, 2025, a Petition for Warrant or Summons for Offender Under Supervision (Doc. 93) was filed with the Court alleging Morris violated the terms of his supervised release. On June 4, 2025, Morris appeared before the Court for a hearing on the petition. There, the Court ordered the petition to be held in abeyance, pending the Defendant's successful completion of an inpatient substance abuse treatment program. For good and sufficient cause shown to the Court, by the probation office, including a report on the Defendant's successful completion of said programing, it is now ordered that the petition be dismissed.

SO ORDERED this __17__ day of ____July____, 2026.


s/Tilman E. Self, III
_____
TILMAN E. SELF, III
U.S. DISTRICT JUDGE


Prepared by: AMM